

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 28, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Ebbin Croft*, **22 Mag. 5212**

Dear Judge McCarthy:

      The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 22 Mag. 5212, and related arrest warrant for Defendant Ebbin Croft, as I have been advised that the Defendant has been arrested.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

             By:     _____
                          Shiva H. Logarajah
                          Assistant United States Attorney
                          Tel: (914) 993-1918

SO ORDERED:

_____  6-28-2022
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE